| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **PHILLIPS, SPALLAS & ANGSTADT LLP**<br>**Robert K. Phillips -135088**<br>**Candice A. Mullings-237383**<br>650 California Street, Tenth Floor<br>San Francisco, California 94108<br>Telephone: (415) 278-9400<br>Facsimile: (415) 278-9411<br><br>Attorneys for Defendants,<br>WAL-MART STORES, INC. (erroneously sued as WAL-MART STORES, CHICO, CALIFORNIA, WALMART, INC.) and MARTHA SHARPE |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR H. WYATT,<br><br>　　　　　Plaintiff,<br>　v.<br><br>WAL-MART STORES, CHICO, CALIFORNIA, WALMART, INC., MARTHA SHARPE, and DOES 1 - 20<br><br>　　　　　Defendants. | Case No.: 2:08-CV-02902-MCE-CMK<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF HEARING DATE ON DEFENDANTS WAL-MART STORES, INC., AND MARTHA SHARPE'S MOTION TO DISMISS**<br><br>Date:　　　April 2, 2009<br>Time:　　　2:00p.m.<br>Courtroom:　7 |

///
///
///
///
///
///
///
///
///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rules 78-230(g) and 83-143 of the United States District Court, Eastern District of California, it is HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective attorneys of record that the hearing date for Defendants WAL-MART STORES, INC. and MARTHA SHARPE's Motion to Dismiss shall be continued from April 2, 2009, at 2:00 p.m. to May 14, 2009 at 2:00 p.m.

**IT IS SO STIPULATED:**

DATED: March 25, 2009      By:    /s/ Ellen C. Dove
    ELLEN C. DOVE
    Attorney for Plaintiff
    VICTOR H. WYATT

DATED: March 25, 2009      PHILLIPS, SPALLAS & ANGSTADT LLP

    By:    /s/ Candice A. Mullings
    CANDICE A. MULLINGS
    Attorneys for Defendants
    WAL-MART STORES, INC. and
    MARTHA SHARPE

## ORDER

**IT IS SO ORDERED:**

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com